Court of Appeals for the Seventh Circuit denied. *Mr. Rufus S. Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 431. HARRY J. BOVARD *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Luther Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 432. WILLIAM M. JONES *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward E. Gates* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 433. MORD CARTER *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Rufus S. Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 434. ANTHONY A. SCHEIB *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. M. Frumberg* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.